# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL W. MASSEY, as Clerk of Superior Court of Chatham County, Georgia, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a FANNIE MAE,<br><br>Defendant. | Case No. CV412-102 |

## ORDER

The Court **GRANTS** the Federal Housing Finance Agency's ("FHFA") unopposed motion to intervene as conservator of defendant Fannie Mae. (Doc. 15.) Plaintiffs, however, contend that the FHFA should be barred from asserting that it is a government actor in these proceedings, since it is essentially stepping into Fannie Mae's shoes and while Fannie Mae is governmentally sponsored, it is still a private corporation. (Doc. 25.) As the FHFA points out in its reply, that argument is not germane to the determination of whether the FHFA should be permitted to intervene, hence the Court will not address it at

this time. Plaintiffs are free to raise the matter again at a more appropriate time in the proceedings.

**SO ORDERED** this 26th day of July, 2012

*/s/ J.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA